IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| EDDIE S. NEAL, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: RDB 15-cv-1030 |
| LT. LONNIE W. LUEDTKE, ET AL., | * | |
| Defendants. | * | |
|  | * | |

\* \* \* \* \* \* \*

**DEFENDANTS' MOTION TO DISMISS
OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT**

Lt. Lonnie W. Luedtke, Detective Ralph P. Oakes, and the City of Crisfield, Defendants, by their undersigned counsel, pursuant to Rules 12(b) and 56 of the Federal Rules of Civil Procedure, move to dismiss the Complaint, with prejudice, or, alternatively, for summary judgment, and for reasons, state that the Complaint fails to state a claim upon which relief can be granted, there are no genuine disputes as to any material fact(s); and Defendants are entitled to judgment as a matter of law.  The grounds and authorities in support of this Motion are set forth fully in the accompanying Memorandum.

_____/s/_____
John F. Breads, Jr.
Federal Bar No. 01343
jfbreads@lgit.org


_____/s/_____
Matthew D. Peter
Federal Bar No.  26351
mpeter@lgit.org
7225 Parkway Drive

                                                            Hanover, Maryland  21076
                                                            Office (443) 561-1700
                                                            Facsimile (443) 561-1701
                                                            Counsel for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of May, 2015, the foregoing Motion to Dismiss or, alternatively, for Summary Judgment, was filed electronically with notice to David W. Moore, David W. Moore, P.A., 219 East Main Street, Salisbury, Maryland 21801; and Luke A. Rommel, Otway, Russo, & Rommel, P.C., P.O. Box 4096, Salisbury, Maryland  21803.

                                              _____/s/_____
                                              Matthew D. Peter